**Central Violations Bureau**

**Date 10/29/2026**

**Agency Request to Void Referred To Magistrate Judge**

**Agency: CA10**

**The violation notice(s) listed below have been forwarded to the court for dismissal at the request of the issuing agency. The court may view the ticket on the CVB website if received. Contact the issuing agency for more information about this request. Strike-through any case to exclude from the dismissal request.**

| Citation Location Code | Issue Date | Name | Offense | Issuing Officer | Hrg Site | Hrg Type | Hearing Date | Refund |
|---|---|---|---|---|---|---|---|---|
| E2674852 CA10 | 07/11/2026 | ALVARADO, ANTONIO S | DUI-DRIVE WHILE UNDER INFLUENCE OF ALCOHOL AND/OR DRUGS | POLISKA | INYO | MANDATORY | 12/01/2026 09:00 AM | __Yes __No |
| **VOID REASON** | **Offense was handled under Military Justice proceedings.** | | | | | | | |
| E2674853 CA10 | 07/11/2026 | ALVARADO, ANTONIO S | DUI WITH BAC OVER 0.08 PERCENT | POLISKA | INYO | MANDATORY | 12/01/2026 09:00 AM | __Yes __No |
| **VOID REASON** | **Offense handled under Military Justice proceedings.** | | | | | | | |

____XXX____ Void/Dismissal Approved

___________ Further Action to be taken by Agency. Please specify ________________________________________

Ordered this___24th____ Day of__November 20_26_ [signature] U.S. Magistrate Judge E.D. Cal. 72CC Judge Code

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY